NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

13-141
(Consolidated with Nos. 13-139 and 13-140)


STATE OF LOUISIANA

VERSUS

ANDREW JOSEPH FUSILIER

**********

APPEAL FROM THE
FOURTEENTH JUDICIAL DISTRICT COURT
PARISH OF CALCASIEU, NO. 18816-11
HONORABLE G. MICHAEL CANADAY, DISTRICT JUDGE

**********

ULYSSES GENE THIBODEAUX
CHIEF JUDGE

**********

Court composed of Ulysses Gene Thibodeaux, Chief Judge, Elizabeth A. Pickett, and Shannon J. Gremillion, Judges.


AFFIRMED.


John Foster DeRosier
District Attorney – 14th Judicial District Court
Carla Sue Sigler
Assistant District Attorney – 14th Judicial District Court
Karen C. McLellan
Assistant District Attorney – 14th Judicial District Court
P. O. Box 3206
Lake Charles, LA 70602-3206
Telephone: (337) 437-3400
COUNSEL FOR:
    Plaintiff/Appellee - State of Louisiana

**Edward Kelly Bauman**
**Louisiana Appellate Project**
**P. O. Box 1641**
**Lake Charles, LA 70602-1641**
**Telephone:  (337) 491-0570**
**COUNSEL FOR:**
      **Defendant/Appellant - Andrew Joseph Fusilier**

**THIBODEAUX, Chief Judge.**

Defendant, Andrew Joseph Fusilier, entered an *Alford* plea to simple rape, and received a sentence of twenty years at hard labor without the benefit of probation, parole, or suspension of sentence, and to run consecutively with a twenty-year sentence at hard labor for indecent behavior of a juvenile, and a ten-year sentence at hard labor for computer-aided solicitation of a minor.

For the reasons articulated in *State v. Fusilier*, 13-139 (La.App. 3 Cir. __/__/13), __ So.3d __, Defendant's conviction and sentence are affirmed.

**AFFIRMED.**

THIS OPINION IS NOT DESIGNATED FOR PUBLICATION. RULE 2-16.3, UNIFORM RULES—COURTS OF APPEAL.